# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| STEVEN KNISLEY | Civil No. 18-1927 (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT** |
| LIBERTY HOME EQUITY SOLUTIONS, IN. ET AL., | **AND RECOMMENDATIONS** |
| Defendants, | |

_____

>Thomas J. Lyons, **LYONS LAW FIRM, P.A.**, 367 Commerce Court, Vadnais Heights, MN, for plaintiff.
>
>Thomas J. Lyons, Jr., **CONSUMER JUSTICE CENTER P.A.**, 367 Commerce Court, Vadnais Heights, MN, for plaintiff.
>
>Abby A. Pettit and Daniel A. Beckman, **GISLASON & HUNTER LLP,** Golden Hills Office Center, 701 Xenia Avenue South, Suite 500, Golden Valley, MN, for defendants.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS HEREBY ORDERED** that:

1. Cross-Claimant Liberty Home Equity Solutions, Inc.'s crossclaims against Cross-Defendant Dickey's Contracting, LLC are **DISMISSED with prejudice** for failure to comply with the Court's Order of October 11, 2019, [Docket No. 40], and for lack of prosecution; and

2. Cross-Claimant Dgg Re Investments, LLC's crossclaims against Cross-Defendant Dickey's Contracting, LLC are **DISMISSED with prejudice** for failure to comply

with the Court's Order of October 11, 2019, [Docket No. 40], and for lack of prosecution.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 27, 2020      s/John R. Tunheim
at Minneapolis, Minnesota      JOHN R. TUNHEIM
     Chief Judge
     United States District Court